JAN P. JOHNSON, CHAPTER 13 TRUSTEE
P. O Box 1708
Sacramento, CA 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In Re: MICHAEL PATRICK MORGAN, <br> <br> RAE ROSANNA MORGAN <br> <br> <br> <br> <br> <br> <br> Debtor(s) | CASE NUMBER: 10-24213 B13 <br> DC No.: JPJ-1 <br> <br> **ORDER AFTER HEARING ON TRUSTEE'S MOTION TO DISMISS** <br> <br> DATE: July 16, 2013 <br> TIME: 11:00 AM <br> COURTROOM: 32 |

The hearing on Trustee's Motion to Dismiss was heard by the Honorable Judge Thomas C. Holman at the above stated date and time. Based on the pleadings filed, oral argument and other evidence presented at the hearing, and good cause appearing,

IT IS HEREBY ORDERED that the Trustee's Motion to Dismiss is conditionally denied.

///
///
///
///
///

RECEIVED
August 13, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004920820

IT IS FURTHER ORDERED that the case shall remain pending provided that the debtors pay off the plan completely by September 6, 2013. If the debtor fails to meet said condition(s), the Trustee shall, by declaration of a competent witness and without further notice or hearing, set forth said failure and submit an order dismissing the case.

Dated: August 19, 2013

*[signature]*

Thomas C. Holman
United States Bankruptcy Judge

Dated: _____     _____
                                  Thomas C. Holman
                                  United States Bankruptcy Court